**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 27, 2021

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
300 Quarropas Street
Southern District of New York
White Plains, NY 10601-4150

> Deft's request to adjourn the VOSR Interim teleconference from Jan. 27, 2021 until Feb. 18, 2021 at 1:00 pm is granted with the Govt's consent. Clerk of Court requested to terminate the motion (doc. 17).   Dated:  Jan. 27, 2021
>
> SO ORDERED:
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re: *United States v. Lee Holley*, 10 Cr. 1282 (NSR)

Dear Judge Román:

The parties respectfully request that the Court adjourn the supervised release violation hearing control date in this matter to February 18, 2021, at 1:00 p.m. The defendant is serving a seven-year term of imprisonment in New York State for conduct underlying the alleged violations in this matter. Defense counsel, with the Government's consent, wishes to adjourn this matter until the defendant's pending appeal of that case is resolved.

Thank you for your consideration.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: __/s/ Jeffrey C. Coffman__
 Jeffrey C. Coffman
 Assistant United States Attorney
 (914) 993-1940

cc:  Susanne Brody, Esq.
  (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2021